United States

vs.

Aesha Johnson

18: 00006

FILED
JUL 01 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Motion for expansion of time

I am requesting an expansion of time to find an attorney. I spoken with two attorneys and will meet with them this week. I request a 2-week extension so they may enter their appearance. Thank you again for your consideration.

Aesha Johnson